IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., Z-160. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-450-CG-MU |
| | ) |
| TERRY RAYBON, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that pursuant to 28 U.S.C. § 1915(e)(2)(B), prior to service of process, the deprivation of property claim against Defendant Raybon be and is hereby **DISMISSED with prejudice** as frivolous, the claim against Defendant Dunn be and is hereby **DISMISSED with prejudice** as frivolous, and the denial of access to courts claim against Defendant Raybon be and is hereby **DISMISSED** for failure to state a claim upon which relief can be granted.  It is further **ORDERED** that this action be and is hereby **DISMISSED** in its entirety.

**DONE and ORDERED** this 14th day of March, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE