IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., Z-160.    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| vs.    ) | CIVIL ACTION NO. 21-450-CG-MU |
| ) | |
| TERRY RAYBON, et al.,    ) | |
| ) | |
| Defendants.    ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that pursuant to 28 U.S.C. § 1915(e)(2)(B), prior to service of process, the deprivation of property claim against Defendant Raybon be and is hereby **DISMISSED with prejudice** as frivolous, the claim against Defendant Dunn be and is hereby **DISMISSED with prejudice** as frivolous, and the denial of access to courts claim against Defendant Raybon be and is hereby **DISMISSED** for failure to state a claim upon which relief can be granted. It is further **ORDERED** that this action be and is hereby **DISMISSED** in its entirety.

**DONE and ORDERED** this 14th day of March, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE